UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTURO ALVARADO, et al.,

       Plaintiffs,                          Civil Action No.
                                                   11-CV-12056

vs.

                                                   HON. MARK A. GOLDSMITH

AUDREY CURTIS, et al.,

       Defendants.
_____/

### ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND REQUIRING DEFENDANT CITY OF DETROIT TO FILE AN AMENDED ANSWER

      This matter came before the Court today for telephonic hearing on Plaintiffs' motion for entry of default and default judgment against Defendant City of Detroit ("the City"). Docket Entry ("D.E.") 5. For the reasons stated on the record, the Court denies the motion, but orders the City to file and serve an amended answer on or before July 13, 2011 addressing the paragraphs of the Complaint that were not specifically referenced by number in the "Tenth Defense" of the Answer filed by the City. In the amended answer, the City must specifically admit, deny, or state that it lacks knowledge or information sufficient to form a belief about the truth of all such allegations.

      SO ORDERED.

Dated: June 29, 2011                                          s/Mark A. Goldsmith
                                                                    MARK A. GOLDSMITH
                                                                    United States District Judge

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 29, 2011.

              s/Deborah J. Goltz
              DEBORAH J. GOLTZ
              Case Manager