UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTURO ALVARADO, et al.,

        Plaintiffs,

                                      Civil Action No. 11-CV-12056
vs.                                      HON. MARK A. GOLDSMITH

AUDREY CURTIS, et al.,

        Defendants.
_____/

## ORDER REQUIRING PRODUCTION OF DISCOVERY MATERIAL

On November 8, 2012, the Court held a hearing on the motion for default judgment (Dkt. 51). By 3:00 p.m. on November 9, 2012, Defendants' counsel shall provide Plaintiffs' counsel with a hard-copy disc containing the requested discovery materials: the statements of Plaintiffs, statements of Defendants, statement of Tasha Thomas, and the Garrity interviews. Defendants' counsel shall provide Plaintiff's counsel with this disc either at the deposition of Defendant Curtis, or, if no such deposition takes place, by hand delivery to Plaintiffs' counsel's office.

Furthermore, by November 13, 2012, Defendants' counsel shall provide Plaintiffs' counsel with an affidavit from the Evidence Technician stating that no alleged photo of Plaintiff Alvarado's boot exists.

For the reasons stated on the record, the Court will continue the hearing on the motion for default judgment via a telephonic motion hearing on November 14, 2012, at 9:30 a.m. At this hearing, Plaintiffs' counsel shall inform the Court of the costs incurred in preparing the motion for default judgment (Dkt. 51) and attending the November 8 hearing.

Civil Action No. 11-cv-12056

SO ORDERED.

Dated: November 14, 2012　　　　　　　　　　s/Mark A. Goldsmith
　　　　Flint, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

　　　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 14, 2012.

　　　　　　　　　　　　　　　　　　　　　　　s/Amanda Chubb for Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　　　　　Case Manager